UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-00795-RGK-RAO | Date: | March 15, 2018 |
| Title: | Darnell Black, Sr. v. Walker | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: NOTICE OF SUBMISSION**

On January 23, 2018, Plaintiff Darnell Black, Sr. ("Plaintiff") constructively filed a civil rights complaint. (Dkt. No. 1.) After screening the complaint, the Court found that it was appropriate for the United States Marshals to serve the complaint on the named defendant. (Dkt. No. 6.) The Court directed Plaintiff to file a Notice of Submission by March 4, 2018, indicating that all required documents have been submitted to the United States Marshals. (*Id.*) To date, Plaintiff has not done so.

In light of the foregoing, **IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **March 29, 2018**, why this case should not be dismissed for failure to prosecute and to comply with Court orders. Alternatively, Plaintiff may file his Notice of Submission in accordance with the Court's February 2, 2018 Order Directing Service of Process by the United States Marshals. (Dkt. No. 6.) **Plaintiff's failure to timely respond to this Order will result in a recommendation that this case be dismissed.**

IT IS SO ORDERED.

: 
Initials of Preparer       dl