UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL BLACK, SR., <br><br> Plaintiff, <br><br> v. <br><br> WALKER, <br><br> Defendant. | Case No. CV 18-00795-RGK (RAO) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended First Amended Complaint ("Amended FAC"), Defendant's Motion to Dismiss and Motion to Strike, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report") issued on April 23, 2020. Further, the Court has made a *de novo* determination of those portions of the Report to which objections have been made. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

///

1  IT IS ORDERED that Plaintiff's Amended First Amended Complaint is
2  DISMISSED with prejudice.
3
4  DATED: May 15, 2020
5
6  R. GARY KLAUSNER
   UNITED STATES DISTRICT JUDGE

2