1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DARNELL BLACK, SR., Plaintiff, v. WALKER, Defendant. | Case No. CV 18-00795-RGK (RAO) JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATE: May 15, 2020

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE